1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JORDACHE STEPTER,

11          Plaintiff,                          No. CIV S-07-1782 GEB EFB P

12          vs.

13   SIERRA CONSERVATION
     CENTER, et al.,

14
            Defendants.              ORDER
15   _____/

16          Plaintiff is a state prisoner without counsel suing for alleged civil rights violations. *See*

17   42 U.S.C. § 1983.  He requests leave to proceed *in forma pauperis*.

18          Plaintiff alleges a violation of his civil rights in Tuolumne County, California.  Tuolumne

19   is in the Fresno Division of this court and the action should have been commenced there. *See*

20   Local Rule 3-120(b).  The court has not yet ruled on plaintiff's request to proceed *in forma*

21   *pauperis*.

22          Accordingly, it is hereby orderd that:

23          1.  This action is transferred to the Fresno Division.

24          2.  The Clerk of Court shall assign a new case number.

25   ////

26   ////

1

1      3.  All future filings shall bear the new case number and shall be filed at:

2               United States District Court
Eastern District of California

3               2500 Tulare Street
Fresno, CA 93721

4

5  Dated:  November 16, 2007.

6                            EDMUND F. BRENNAN

7                            UNITED STATES MAGISTRATE JUDGE

2