IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JORDACHE STEPTER,

        Plaintiff,        CV F 07 1671 LJO WMW PC

   vs.                    FINDINGS AND RECOMMENDATION

SGT. CHILDS, et al.,

        Defendants.

       Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.

       This action proceeds on the complaint filed in the Sacramento division on August 30, 2007, and transferred to this court on November 19, 2007.  Plaintiff, an inmate in the custody of the California Department of Corrections and Rehabilitation at CSP Solano, brings this action against defendants Sergeant Childs and Correctional Officer Gamez, employees of the CDCR at the Sierra Conservation Center at Jamestown.

       Plaintiff alleges that he was subjected to sexual harassment.  Plaintiff specifically alleges that the conduct at issue occurred on June 3, 2007.  Plaintiff also filed a complaint in the Northern District of California on August 22, 2007, and transferred to this court on September 18, 2007.  That action named as defendants Sergeant Childs and Correctional Officer Gamez.

That action also sets forth a claim of sexual harassment. Plaintiff alleges that he was subjected to sexual harassment on June 3, 2007. The allegations in this action are identical to the earlier action, CV F 07 1365 AWI GSA PC.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice as duplicative.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1). Within thirty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   April 11, 2008**                         /s/  **William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE

2